# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stewart, Daniel J. | United States District Court, Northern District of New York | 05/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Term | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States District Court, Northern District of New York
James T Foley US Courthouse
445 Broadway
Albany, NY 12207

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 - Manning & Napier |
| 2. Adjunct Faculty Member | Albany Law School |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEFCU | A | Int./Div. | J | T | | | | | |
| 2. 1/4 Interest in Property - Jay, NY Assessed at $65,000 | | None | L | S | | | | | |
| 3. Hickory Hill Ski Center, Inc Stock | | None | J | U | | | | | |
| 4. Manning and Napier, IRA, Pro Blend Extended Term Series S | E | Dividend | N | T | | | | | |
| 5. Trust #1 - Manning & Napier (H) | | | | | | | | | |
| 6. -EXETER TRUST COMPANY CASH AND CASH EQUIVALENTS | A | Dividend | J | T | | | | | |
| 7. -ACTIVISION BLIZZARD INC | | | J | T | Buy | 05/28/19 | J | | |
| 8. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 9. -ALCON AG | | | J | T | Spinoff (from line 127) | 04/09/19 | J | | |
| 10. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 11. -ALIBABA GROUP HOLDINGS LTD SP ADR | | | J | T | Buy | 12/11/19 | J | | |
| 12. -ALPHABET INC CL A | | None | J | T | | | | | |
| 13. -ALPHABET INC CL C | | None | J | T | | | | | |
| 14. -AMAZON.COM INC | | None | J | T | | | | | |
| 15. -AMBEV SA ADR | A | Dividend | J | T | | | | | |
| 16. | | | | | Sold (part) | 07/16/19 | J | | |
| 17. -AMERICAN TOWER CORP | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/27/19 | J | A | |
| 19.  -ANHEUSER BUSCH INBEV SA/NV | A | Dividend | | | | | | | |
| 20. | | | | | Sold (part) | 07/16/19 | J | A | |
| 21. | | | | | Sold | 12/16/19 | J | | |
| 22.  -BALL CORP | A | Dividend | | | | | | | |
| 23. | | | | | Sold | 05/17/19 | J | C | |
| 24.  -BERKSHIRE HATHAWAY INC CL B | | None | J | T | | | | | |
| 25. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 26.  -BIOMARIN PHARMACEUTICAL INC | | None | J | T | | | | | |
| 27. | | | | | Buy (add'l) | 10/29/19 | J | | |
| 28.  -BLACKROCK INC | A | Dividend | J | T | | | | | |
| 29.  -BRISTOL-MYERS SQUIBB CO | A | Dividend | | | | | | | |
| 30. | | | | | Sold | 01/10/19 | J | | |
| 31.  -BOOKING HLDGS INC | | None | | | Sold | 08/16/19 | J | C | |
| 32.  -CBOE GLOBAL MARKETS INC | A | Dividend | J | T | | | | | |
| 33.  -CME GROUP INC | A | Dividend | J | T | | | | | |
| 34.  -COCA-COLA CO | A | Dividend | J | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -COGNEX CORP | A | Dividend | J | T | Buy | 06/27/19 | J | | |
| 36.  -DAVITA INC | | None | | | | | | | |
| 37. | | | | | Sold | 03/11/19 | J | | |
| 38.  -DIAGEO PLC | A | Dividend | J | T | | | | | |
| 39. | | | | | Sold (part) | 06/28/19 | J | A | |
| 40. | | | | | Sold (part) | 07/16/19 | J | B | |
| 41.  -DIAMOND OFFSHORE DRILLING | | None | | | | | | | |
| 42. | | | | | Sold | 06/28/19 | J | | |
| 43.  -EASY JET PLC | | None | J | T | Buy | 12/13/19 | J | | |
| 44.  -ELECTRONIC ARTS | | None | J | T | | | | | |
| 45. | | | | | Buy (add'l) | 02/12/19 | J | | |
| 46.  -ENSCO PLC CL A | | None | | | | | | | |
| 47. | | | | | Sold | 02/04/19 | J | | |
| 48.  -EQUINIX INC | A | Dividend | J | T | | | | | |
| 49. | | | | | Sold (part) | 06/27/19 | J | A | |
| 50.  -ETRADE FINANCIAL CORP | A | Dividend | | | Sold | 10/10/19 | J | | |
| 51.  -FACEBOOK | | None | K | T | Buy | 06/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 07/25/19 | J | | |
| 53. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 54.  -FEDEX CORP | A | Dividend | | | | | | | |
| 55. | | | | | Sold | 06/25/19 | J | | |
| 56.  -GRAPHIC PACKAGING HOLDING CO | | None | J | T | Buy | 11/14/19 | J | | |
| 57.  -HALLIBURTON CO | A | Dividend | | | Buy | 01/22/19 | J | | |
| 58. | | | | | Sold | 12/13/19 | J | | |
| 59.  -INCYTE CORP | | None | J | T | | | | | |
| 60. | | | | | Sold<br>(part) | 01/25/19 | J | A | |
| 61. | | | | | Sold<br>(part) | 04/15/19 | J | A | |
| 62. | | | | | Sold<br>(part) | 05/16/19 | J | A | |
| 63. | | | | | Sold<br>(part) | 06/27/19 | J | A | |
| 64. | | | | | Sold<br>(part) | 08/28/19 | J | A | |
| 65.  -INDUSTRIA DE DISENO TEXTIL SA | A | Dividend | J | T | | | | | |
| 66. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 67.  -INTERCONTINENTAL EXCHANGE INC | A | Dividend | J | T | | | | | |
| 68.  INTERXION HOLDING NV | | None | | | Sold<br>(part) | 06/27/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/01/19 | J | B | |
| 70. | | | | | Sold | 11/13/19 | J | A | |
| 71. -KYOWA HAKKO KIRIN CO LTD | A | Dividend | | | Buy | 04/18/19 | J | | |
| 72. | | | | | Buy (add'l) | 08/22/19 | J | | |
| 73. | | | | | Sold | 09/30/19 | J | A | |
| 74. -LIVERAMP HLDGS INC | | None | | | Sold (part) | 03/04/19 | J | | |
| 75. | | | | | Sold | 07/01/19 | J | A | |
| 76. -LULULEMON ATHLETICA INC | | None | J | T | | | | | |
| 77. -MANNING & NAPIER NEW DISPLND VLU | A | Dividend | K | T | Buy | 05/20/19 | J | | |
| 78. | | | | | Buy (add'l) | 05/21/19 | J | | |
| 79. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 80. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 81. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 82. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 83. -MANNING & NAPIER FUND INC NEW HIGH YIELD | B | Dividend | J | T | | | | | |
| 84. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 85. | | | | | Buy (add'l) | 06/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 88. | | | | | Sold<br>(part) | 08/19/19 | K | | |
| 89. -MANNING & NAPIER NEW<br>INTERNATIONAL SERIES FUND | A | Dividend | | | | | | | |
| 90. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 91. | | | | | Sold | 11/21/19 | K | | |
| 92. -MANNING & NAPIER FUND INC NEW<br>NEW YORK TAX EXEMPT SERIES<br>FUND | C | Dividend | L | T | | | | | |
| 93. | | | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 94. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 95. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 96. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 97. | | | | | Sold<br>(part) | 07/23/19 | L | B | |
| 98. -MANNING & NAPIER FUND INC NEW<br>REAL ESTATE SERIES | A | Dividend | K | T | | | | | |
| 99. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 100. -MANNING & NAPIER FD - NEW<br>OVERSEAS SER CL S | A | Dividend | K | T | | | | | |
| 101. | | | | | Buy<br>(add'l) | 11/06/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 103. -MANNING & NAPIER FD NEW<br>UNCONSTRAIND | B | Dividend | L | T | Buy | 04/03/19 | L | | |
| 104. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 105. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 106. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 107. -MASTERCARD INC CL A | A | Dividend | J | T | | | | | |
| 108. | | | | | Sold<br>(part) | 08/08/19 | J | A | |
| 109. -MEDTRONIC PLC | A | Dividend | J | T | | | | | |
| 110. | | | | | Sold<br>(part) | 10/17/19 | J | B | |
| 111. -MERCK & CO INC | A | Dividend | J | T | | | | | |
| 112. -MERCK KGAA | A | Dividend | J | T | | | | | |
| 113. | | | | | Sold<br>(part) | 06/27/19 | J | A | |
| 114. | | | | | Sold<br>(part) | 08/28/19 | J | A | |
| 115. -MICRON TECHNOLOGY INC | | None | J | T | Buy | 06/27/19 | J | | |
| 116. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 117. -MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 118. | | | | | Buy<br>(add'l) | 03/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Sold (part) | 08/13/19 | J | C | |
| 120. -MONDELEZ INTERNATIONAL INC | A | Dividend | J | T | | | | | |
| 121. -MOODYS CORP | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 122. | | | | | Sold (part) | 04/12/19 | J | A | |
| 123. -NESTLE SA | A | Dividend | J | T | | | | | |
| 124. | | | | | Sold (part) | 06/28/19 | J | A | |
| 125. -NEXON CO LTD NPV | | | J | T | Buy | 08/26/19 | J | | |
| 126. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 127. -NOVARTIS AG NAMEN SPON ADR | A | Dividend | J | T | | | | | |
| 128. -NVIDIA CORP | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 129. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 130. -OCEANEERING INTERNATIONAL INC | | None | J | T | Buy | 12/30/19 | J | | |
| 131. -PAYPAL HOLDINGS INC | | None | J | T | Buy | 11/19/19 | J | | |
| 132. -PEPSICO INC | A | Dividend | J | T | | | | | |
| 133. -QORVO INC | | None | | | | | | | |
| 134. | | | | | Sold (part) | 01/11/19 | J | | |
| 135. | | | | | Sold | 02/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stewart, Daniel J.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 136. -QUEBECOR INC CL B | A | Dividend | J | T | | | | | |
| 137. | | | | | Sold (part) | 06/27/19 | J | A | |
| 138. -REGENERON PHARMACEUTICALS | | None | | | | | | | |
| 139. | | | | | Sold (part) | 04/10/19 | J | | |
| 140. | | | | | Sold | 05/16/19 | J | | |
| 141. -RYANAIR HOLDINGS PLC SP ADR | | None | J | T | Buy | 12/04/19 | J | | |
| 142. -S&P GLOBAL INC | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 143. | | | | | Sold (part) | 04/12/19 | J | A | |
| 144. | | | | | Sold (part) | 06/27/19 | J | A | |
| 145. -SBA COMMUNICATIONS CORP | A | Dividend | J | T | | | | | |
| 146. | | | | | Sold (part) | 06/27/19 | J | A | |
| 147. -SCHLUMBERGER LTD | A | Dividend | | | | | | | |
| 148. | | | | | Sold | 12/13/19 | J | | |
| 149. -SCHWAB CHARLES NEW | A | Dividend | | | Sold | 10/10/19 | J | | |
| 150. -SEA LTD ADR | | None | J | T | Buy | 09/10/19 | J | | |
| 151. -SEALED AIR CORP | | None | | | | | | | |
| 152. | | | | | Sold | 02/14/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stewart, Daniel J.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153.  -SEATTLE GENETICS INC | | None | J | T | | | | | |
| 154. | | | | | Buy<br>(add'l) | 04/08/19 | J | | |
| 155. | | | | | Sold<br>(part) | 01/18/19 | J | A | |
| 156. | | | | | Sold<br>(part) | 03/13/19 | J | A | |
| 157. | | | | | Sold<br>(part) | 05/16/19 | J | A | |
| 158. | | | | | Sold<br>(part) | 08/30/19 | J | A | |
| 159.  -SERVICENOW INC | | None | J | T | | | | | |
| 160. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 161. | | | | | Sold<br>(part) | 06/27/19 | J | A | |
| 162.  -SHAW COMMUNICATIONS INC B | A | Dividend | J | T | | | | | |
| 163.  -SONY CORP SPONSORED ADR | A | Dividend | J | T | Buy | 07/29/19 | J | | |
| 164. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 165.  -TENCENT HOLDINGS LTD | A | Dividend | J | T | | | | | |
| 166. | | | | | Buy<br>(add'l) | 03/27/19 | J | | |
| 167. | | | | | Sold<br>(part) | 08/29/19 | J | A | |
| 168.  -TRANSOCEAN LTD | | None | | | | | | | |
| 169. | | | | | Sold | 12/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -TSY INFL IX N/B 0.625% 02/15/2043 | A | Interest | J | T | | | | | |
| 171. -TSY INFL IX N/B 1.125% 01/15/2021 | A | Interest | J | T | | | | | |
| 172. -US TREASURY INFL IX N/B 0.125% 01/15/2022 | A | Interest | J | T | | | | | |
| 173. -UNILEVER PLC ADR AMER SHS SPON | A | Dividend | J | T | | | | | |
| 174. -US TREASURY BOND 3.00% 05/15/2047 | A | Interest | K | T | | | | | |
| 175. -US TREASURY BOND 2.50% 02/15/2045 | A | Interest | J | T | | | | | |
| 176. -US TREASURY BOND 4.75% 02/15/2037 | A | Interest | J | T | | | | | |
| 177. -US TREASURY BOND 6.25% 05/15/2030 | A | Interest | | | | | | | |
| 178. | | | | | Sold | 01/04/19 | J | | |
| 179. -US TREASURY BOND 3.50% 02/15/39 | A | Interest | K | T | Buy | 04/04/19 | K | | |
| 180. -US TREASURY NOTE 1.625% 04/30/2023 | A | Interest | | | | | | | |
| 181. | | | | | Sold | 04/04/19 | J | | |
| 182. -US TREASURY NOTE 2.375% 05/15/2027 | A | Interest | | | | | | | |
| 183. | | | | | Sold | 12/12/19 | K | A | |
| 184. -US TREASURY NOTE 2.00% 04/30/2024 | A | Interest | | | | | | | |
| 185. | | | | | Buy (add'l) | 01/30/19 | J | | |
| 186. | | | | | Buy (add'l) | 02/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Sold (part) | 04/04/19 | L | B | |
| 188. | | | | | Sold | 04/08/19 | K | A | |
| 189.  -US TREASURY NOTE 1.50% 05/31/2020 | A | Interest | | | Buy | 04/09/19 | J | | |
| 190. | | | | | Sold | 11/07/19 | J | A | |
| 191.  -US TREASURY NOTE 2.625% 02/15/2029 | A | Interest | | | Buy | 04/09/19 | J | | |
| 192.  -US TREASURY NOTE 2.00% 08/15/2025 | A | Interest | L | T | Buy | 07/23/19 | L | | |
| 193. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 194. | | | | | Buy (add'l) | 11/26/19 | K | | |
| 195. | | | | | Sold (part) | 11/07/19 | K | A | |
| 196.  -US TREASURY TIPS 0.5% 04/15/2024 | A | Interest | J | T | Buy | 08/13/19 | J | | |
| 197.  -US TEASURY TIPS 2.00% 01/15/2026 | A | Interest | J | T | Buy | 12/11/19 | J | | |
| 198.  -VERTEX PHARMACEUTICALS INC | | None | J | T | | | | | |
| 199. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 200. | | | | | Sold (part) | 06/27/19 | J | A | |
| 201. | | | | | Sold (part) | 08/28/19 | J | A | |
| 202.  -VISA INC CL A | A | Dividend | J | T | | | | | |
| 203.  -ZAYO GROUP HOLDINGS INC | | None | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Sold | 03/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Stewart, Daniel J.** | 05/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/05/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel J. Stewart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544